DeWITT LANNING, APPELLANT, v. HUDSON COUNTY COURT OF COMMON PLEAS ET AL., RESPONDENTS.

Argued October 23, 1941—Decided January 9, 1942.

For the appellant, *Raymond Chasan.*

For the respondents, *Charles Hershenstein.*

Per Curiam.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Perskie in the Supreme Court.

*For affirmance*—The Chancellor, Chief Justice, Parker, Case, Donges, Heher, Colie, Dear, Wells, Wolfs-Keil, Rafferty, Hague, Thompson, JJ. 13.

*For reversal*—None.